IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUBREY KELLER, et al., | : | CIVIL ACTION |
| *Individually and on behalf of all those* | : | |
| *similarly situated,* | : | |
| | : | |
| v. | : | |
| | : | |
| TD BANK, N.A., et al. | : | NO. 12-5054 |
| | : | |

## ORDER

**AND NOW**, this 4th day of November, 2014, upon consideration of Plaintiffs' unopposed Motion for Final Approval of Collective and Class Settlement, and Approval of Attorneys' Fees, Reimbursement of Costs, and Service Payments (Doc. 63); and the related documents submitted with Plaintiffs' Motion (Docs. 64, 65, 70); and following a fairness hearing on October 9, 2014; and for the reasons provided in this Court's Memorandum dated November 4, 2014, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Final Approval is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**. The Court grants certification of the Rule 23 class and FLSA collective action for settlement purposes only and finds that the Joint Stipulation of Class Settlement and Release (Doc. 40-1) is fair, reasonable, and adequate and resolves a bona fide dispute between the parties.

2. The Court awards $1,130,068.65 in reasonable attorneys' fees and $69,931.35 in costs to class counsel Swartz Swidler, LLC.

3.  The Court approves the requested service payments of $7,500 to Named Plaintiff Keller and $2,500 to Named Plaintiff Garcia, to be awarded per the terms of the Joint Stipulation of Class Settlement and Release.

BY THE COURT:

 /s/ L. Felipe Restrepo
L. Felipe Restrepo,            J.
United States District Court Judge